UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HARRIS,<br><br>     Plaintiff,<br><br> v.<br><br>FRESNO COUNTY SHERIFF'S DEPT., et al.,<br><br>     Defendants. | CASE NO. 1:21-cv-00052-GSA-PC<br><br>ORDER DIRECTING THE CLERK'S OFFICE TO ADMINISTRATIVELY RE-DESIGNATE THIS ACTION AS A 440 CIVIL ACTION, RANDOMLY ASSIGN A DISTRICT JUDGE, AND RANDOMLY REASSIGN A MAGISTRATE JUDGE OTHER THAN MAGISTRATE JUDGE GARY S. AUSTIN |

  This case was filed on January 14, 2021, by plaintiff Ronald Harris, a Fresno County Jail inmate proceeding *pro se*. The action was inadvertently designated at opening as a prisoner conditions-of-confinement case.

  Therefore, the Clerk's Office is HEREBY DIRECTED to:

1. Re-designate this action as a 440 civil action;

2. Randomly assign this case to a district judge; and

3. Randomly reassign this case to a magistrate judge other than Magistrate Judge Gary S. Austin.

IT IS SO ORDERED.

 Dated: **January 20, 2021**      **/s/ Gary S. Austin**
                   UNITED STATES MAGISTRATE JUDGE