# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HARRIS,<br><br>           Plaintiff,<br><br>   v.<br><br>FRESNO COUNTY SHERIFF DEPARTMENT, et al.,<br><br>           Defendants. | Case No. 1:21-cv-00052-AWI-SKO<br><br>**ORDER TO AMEND PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE**<br><br>(Doc. 2) |

**ORDER**

Plaintiff Ronald Harris, proceeding *pro se*, filed a complaint on January 14, 2021, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1 & 2.) Plaintiff's application indicates that he has money from "other sources," but does not "describe . . . each source of money" or "state the amount received, as well as what you expect you will continue to receive." (*See* Doc. 2 at 1.) In addition, Plaintiff indicates he is in custody at Fresno County Jail but does not provide a completed certification of his prison trust account by that institution. (*See id.* at 2.) Therefore, the Court is unable to determine at this time whether Plaintiff is entitled to proceed without prepayment of fees in this action.

Accordingly, IT IS HEREBY ORDERED that, **within 28 days from the date of this Order**, Plaintiff shall either (1) file an amended application to proceed *in forma pauperis* that fully responds to <u>all</u> applicable questions, including (a) the source and amount of money he has received and he is expected to receive and (b) his prison trust account statement certified by Fresno County Jail, or (2) pay the $400.00 filing fee for this action.

IT IS SO ORDERED.

Dated: **January 21, 2021**         /s/ _Sheila K. Oberto_
                                    UNITED STATES MAGISTRATE JUDGE