# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD HARRIS, | Case No. 1:21-cv-00052-AWI-SKO |
| Plaintiff, | **ORDER ADVISING PLAINTIFF OF SCREENING REQUIREMENT PURSUANT TO 28 U.S.C. § 1915A** |
| v. | (Doc. 1) |
| FRESNO COUNTY SHERIFF'S DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff Ronald Harris, proceeding pro se, filed a complaint on January 14, 2021, and paid the filing fee on February 5, 2021. (Doc. 1.) Plaintiff is advised that pursuant to 28 U.S.C. § 1915A, the Court must conduct an initial review of every complaint in a civil action in which a prisoner seeks redress from a governmental entity, or officer or employee of a governmental entity, to determine whether the complaint is legally sufficient under the applicable pleading standards. The Court must dismiss a complaint, or portion thereof, if the Court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). If the Court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment. Plaintiff's complaint will be screened in due course.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving Defendants pursuant to Federal Rule of Civil Procedure 4.

IT IS SO ORDERED.

Dated:  **April 5, 2021**              /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE